Mattie MEREDITH, Appellant,

v.

Margaret HECKLER, Secretary, Department of Health and Human Services, Appellee.

No. 85–1264.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 17, 1985.

Decided Nov. 19, 1985.

Anthony W. Bartels, Jonesboro, Ark., for appellant.

Virginia Cronan of Dept. of Health & Human Services, Baltimore, Md., for appellee.

Before HEANEY, Circuit Judge, HENLEY, Senior Circuit Judge, and WOLLMAN, Circuit Judge.

PER CURIAM.

Mattie Meredith appeals from a decision of the United States District Court for the Eastern District of Arkansas upholding the Secretary's denial of social security benefits.

This Court has carefully reviewed the record, and affirms on the basis of the district court opinion. *See* 8th Cir.R. 14.

Denver TUCKER, Appellant,

v.

Margaret HECKLER, Secretary of Health & Human Services, Appellee.

No. 85–1043.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 17, 1985.

Decided Nov. 19, 1985.

Robert J. Blackwell, St. Louis, Mo., for appellant.

Wesley Wedemeyer and Jill Newman, Asst. U.S. Attys., St. Louis, Mo., for appellee.

Before HEANEY, Circuit Judge, HENLEY, Senior Circuit Judge, and WOLLMAN, Circuit Judge.

PER CURIAM.

Denver Tucker appeals from the decision of the United States District Court for the Eastern District of Missouri upholding the Secretary's termination of his social security benefits.

This Court has carefully reviewed the record, and affirms on the basis of the district court opinion. *See* 8th Cir.R. 14.